IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHUOLJOCK LIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV89 |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN NEWTON, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

     This matter is before the court on its own motion. This case was dismissed without prejudice and judgment was entered on August 3, 2007 because the only remaining plaintiff, Chuoljock Lia, failed to pay the initial partial filing fee. (Filing Nos. 11 and 12.)

     On August 31, 2007, the court entered an order to show cause, permitting Plaintiff an additional 30 days in which to pay the initial partial filing fee. (Filing No. 13.) That order was entered in error and should be stricken. This case remains dismissed as of August 3, 2007.

     IT IS THEREFORE ORDERED that:

     1.    The court's August 31, 2007 order (filing no. 13) is stricken as filed in error.

     2.    This case remains closed and was dismissed without prejudice on August 3, 2007.

October 4, 2007.                  BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Chief United States District Judge